

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHANNON SANDERS                                              PLAINTIFF

v.                          No. 04-CV-307

KAREN LAKIN, M.D., ROBERT V. WALLING, M.D.,
Individually and as agent for METHODIST LEBONHEUR
HOSPITAL, and METHODIST HEALTHCARE MEMPHIS
HOSPITAL, d/b/a LEBONHEUR CHILDREN
MEDICAL CENTER                                               DEFENDANTS

## ORDER SUBSTITUTING COUNSEL

On motion of counsel for separate defendant, Karen Lakin, M.D., it is hereby ORDERED, ADJUDGED and DECREED that the law firm of MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, is substituted as counsel for separate defendant, Karen Lakin, M.D., in place of the law firm of WOMACK, LANDIS, PHELPS, McNEILL and McDANIEL. The law firm of WOMACK, LANDIS, PHELPS, McNEILL and McDANIEL, will continue to represent Robert V. Walling, M.D.

IT IS SO ORDERED.

_____
Circuit Judge

APPROVED:

WOMACK, LANDIS, PHELPS,
  McNEILL & McDANIEL
Post Office Box 3077
Jonesboro, AR  72403-3077

By:_____
   Paul McNeill

MITCHELL, WILLIAMS, SELIG,
  GATES & WOODYARD
425 West Capitol Avenue, Suite 1800
Little Rock, AR  72201-3525

By:_____
   Ken Cook