**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

_____

SHANNON SANDERS,

    Plaintiff,

vs.                                        Case No. 3:04-CV-00307-SWW

KAREN LAKIN, M.D.,
ROBERT V. WALLING, M.D.,
Individually and as agent for
METHODIST LEBONHEUR
HOSPITAL and METHODIST
HEALTHCARE-MEMPHIS HOSPITAL
d/b/a LEBONHEUR CHILDREN
MEDIAL CENTER

    Defendant.

_____

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF ROBERT B.C. HALE
AND MONICA N. WHARTON**

_____

       The motion of The Defendant, Methodist Healthcare-Memphis Hospitals d/b/a Le Bonheur Children's Medical Center (hereafter "Le Bonheur or this defendant"), for admission *pro hac vice* of Robert B.C. Hale and Monica N. Wharton is presented this day and has been reviewed by the Court.  The Court finds that the Motion is supported by Mr. Hale and Ms. Wharton's certificates of good standing of their home state, Tennessee, that counsel for the Plaintiffs has consented to the Motion, and that the Motion is in good form and should be granted.

       IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Robert B.C. Hale and Monica N. Wharton are admitted *pro hac vice* for the purpose of appearing

on behalf of Methodist Healthcare-Memphis Hospitals d/b/a Le Bonheur Children's Medical Center in the above-captioned action.

  IT IS SO ORDERED this 27th day of January, 2006

              <u>/s/Susan Webber Wright</u>

            UNITED STATES DISTRICT JUDGE