IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHANNON SANDERS,                          *
                                          *
            Plaintiff,                    *
                                          *
vs.                                       *            No.3:04cv00307 SWW
                                          *
                                          *
                                          *
KAREN LAKIN, M.D., ROBERT V.              *
WALLING, M.D., Individually and as        *
agent for METHODIST LEBONHEUR             *
HOSPITAL, and METHODIST                   *
HEALTHCARE-MEMPHIS HOSPITAL,              *
d/b/a LEBONHEUR CHILDREN                  *
MEDICAL CENTER,                           *
                                          *
            Defendants.                   *

ORDER

Plaintiff's Fed.R.Civ.P. 41 motion [doc.#41] to voluntarily dismiss without prejudice

separate defendant Karen Lakin, M.D., has ben considered by the Court and is hereby granted.

IT IS SO ORDERED this 31st day of January, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE