IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| SHANNON SANDERS, | * |
| Plaintiff, | * |
| vs. | *   No.3:04cv00307 SWW |
| KAREN LAKIN, M.D., ROBERT V. WALLING, M.D., Individually and as agent for METHODIST LEBONHEUR HOSPITAL, and METHODIST HEALTHCARE-MEMPHIS HOSPITAL, d/b/a LEBONHEUR CHILDREN MEDICAL CENTER, | * |
| Defendants. | * |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed; the relief sought is denied.

IT IS SO ORDERED this 30th day of March, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE